## O'NEAL v. RUTT et al. (No 1025.)

(Court of Civil Appeals of Texas. Beaumont. Dec. 7, 1923.)

1. **Appeal and error ⚖➜1140(5)—Remittitur filed by defendants in error for conceded mistake in calculating interest ordered entered.**

Defendants in error conceding a mistake in their favor, of a certain amount, in the calculation of interest, and filing a remittitur therefor, it will be ordered entered against their judgment.

2. **Appeal and error ⚖➜1073(1)—Harmless not to cancel stock found of no value.**

The court finding true the allegation of petition that the stock sold to plaintiffs was absolutely worthless, failure of the judgment, canceling for fraud the sale thereof and giving plaintiffs recovery for amount paid, to cancel the stock was not error.

3. **Appeal and error ⚖➜1120—Order for deposit of stock made on offer and tender of defendants in error.**

Defendants in error in their brief offering to deliver and in open court tendering, to plaintiff in error, the stock, which the judgment, canceling for fraud his sale thereof to them and awarding them recovery of the purchase money, failed to cancel, the appellate court will order them to deposit it with its clerk to deliver to plaintiff in error on request.

Error from Jefferson County Court; D. P. Wheat, Judge.

Action by C. L. Rutt, and others against E. C. O'Neal. Judgment for plaintiffs, and defendant brings error. Reformed and affirmed.

J. M. Conley and P. D. Renfro, both of Beaumont, for plaintiff in error.

Morris & Barnes, of Beaumont, for defendants in error.

WALKER, J. [1] Below, plaintiff in error was defendant; defendants in error were plaintiffs. The plaintiffs, on allegations of fraud and deceit, fully sustained by the evidence as found by the trial court, were granted a judgment canceling a sale to them by defendant of certain oil stock, and for the recovery of the amount paid by them for the stock, with interest. They concede a mistake of $10 in the calculation of the interest due, and have filed a remittitur in this court in that sum, which remittitur is hereby ordered entered against their judgment.

[2, 3] The stock held by them under the purchase was not canceled by the trial court, but this was not error, as the allegation that it was absolutely worthless was found by the court to be true. We have no statement of facts. But as plaintiffs, in their brief, offered to deliver the stock to defendant, and on submission of this cause in this court tendered the same in open court to defendant, we order that they deposit this stock with the clerk of this court, taking his receipt therefor, and that the clerk of this court, on request of defendant or his attorneys of record, deliver such stock to him, taking his receipt, which he will file in the records of this cause.

As so reformed, the judgment of the trial court is in all things affirmed, but the costs of this appeal will be taxed against defendants in error.

Reformed and affirmed.